IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:15-cv-0694-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JOSE A. LIZARRAGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent filed a motion to change venue, which has since been withdrawn.  However, as petitioner is challenging a disciplinary action rather than his conviction, respondent is requesting an extension of time to respond to the petition as the case needs to be reassigned to the proper department.  Good cause appearing therefor, the request is granted.  Respondent shall file a response to the petition within 60 days of the date of this order.

IT IS SO ORDERED.

DATED: April 6, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1